1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9   PAMELA BROWN,

10          Plaintiff,                    No. CIV S-11-0665 DAD

11      v.

12   MICHAEL J. ASTRUE,
    Commissioner of Social Security,        ORDER TO SHOW CAUSE
13
            Defendant.
14   _____/

15          On March 10, 2011, an Order Re Consent or Request for Reassignment was

16   issued in this case, together with the appropriate form.  All parties were required to complete and

17   file the form within 90 days.  Although the 90-day period has expired, and defendant filed a

18   completed form on April 12, 2011, plaintiff has not yet filed the required form.

19          IT IS ORDERED that plaintiff shall show good cause in writing, within fourteen

20   days after this order is filed, for failing to file a completed consent or request for reassignment

21   form.  Prompt filing of a completed form will be deemed full compliance with this order and will

22   discharge the order to show cause.

23   DATED: June 14, 2011.

24

25

26   DAD:kw
    brown0665.osc.form

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE