IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAMELA BROWN,

    Plaintiff,      No. CIV S-11-0665 DAD

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,      <u>ORDER TO SHOW CAUSE</u>

    Defendant.
_____/

    The Scheduling Order filed in this case on March 10, 2011 (Doc. No. 5) required plaintiff to file a motion for summary judgment and/or remand within 45 days from being served with a copy of the administrative record. Defendant served a copy of the record upon plaintiff on June 29, 2011, and plaintiff's motion is overdue.[1]

    IT IS ORDERED that plaintiff shall show good cause in writing, within fourteen days after this order is filed, for failing to file a timely motion.

DATED: September 5, 2011.

                              /s/ Dale A. Drozd
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

DAD:kw
brown0665.osc.pmsj

---

[1] Plaintiff has not informed the court of any request for voluntary remand submitted to the Office of the General Counsel and served on defendant.